**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID XENIAS, on behalf of himself**
**and those similarly situated,**

        **Plaintiff,**

**-vs-**                                        **Case No.  6:11-cv-170-Orl-19KRS**

**AMERICAN COACH LINES, INC., a**
**Foreign Profit Corporation, AMERICAN**
**COACH LINES OF ORLANDO, INC., a**
**Florida Profit Corporation, AMERICAN**
**COACH LINES OF MIAMI, INC., a**
**Foreign Profit Corporation, and**
**AMERICAN COACH LINES OF**
**JACKSONVILLE, INC., a Florida Profit**
**Corporation,**
        **Defendants.**
_____

**ORDER**

This case comes before the Court on the following:

1.    Motion to Dismiss Plaintiff's Complaint by American Coach Lines, Inc., American

Coach Lines of Miami, Inc., and American Coach Lines of Jacksonville, Inc., (Doc.

No. 30, filed Mar. 14, 2011); and

2.    Corrected Joint Stipulation of Dismissal of Defendants, American Coach Lines, Inc.,

American Coach Lines of Miami, Inc., and American Coach Lines of Jacksonville,

Inc. (Doc. No. 32, filed Mar. 16, 2011).

**Analysis**

On March 14, 2011, Defendants American Coach Lines, Inc., ("ACL") American Coach Lines

of Miami, Inc. ("ACLM") and American Coach Lines of Jacksonville, Inc., ("ACLJ") filed a Motion

to Dismiss Plaintiff's Complaint arguing that the Complaint asserts only boilerplate, conclusory allegations that ACL, ACLM, and ACLJ were employers of David Xenias.  (Doc. No. 30 at 4.) However, two days later, the parties filed a Corrected Joint Stipulation of Dismissal wherein each of the parties stipulated to the dismissal without prejudice of ACL, ACLM, and ACLJ under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 32 at 1.)  The Joint Stipulation is signed by the parties' respective counsel and states that "to the extent discovery reveals one or more of the dismissed parties are appropriate Defendants herein, Plaintiff explicitly reserves the right to amend his Complaint to add such parties as Defendants."  (*Id*.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared."  In the present case, each of the parties who have appeared in the action signed the Corrected Joint Stipulation of Dismissal through their respective counsel.  Accordingly, the Joint Stipulation of Dismissal complies with Rule 41(a)(1)(A)(ii).

**Conclusion**

Based on the foregoing, the Corrected Joint Stipulation of Dismissal of Defendants, American Coach Lines, Inc., American Coach Lines of Miami, Inc., and American Coach Lines of Jacksonville, Inc., (Doc. No. 32, filed Mar. 16, 2011), is hereby **GRANTED**.  Defendants American Coach Lines, Inc., American Coach Lines of Miami, Inc., and American Coach Lines of Jacksonville, Inc., are **DISMISSED without prejudice** as parties to this cause..  The Motion to Dismiss Plaintiff's Complaint by American Coach Lines, Inc., American Coach Lines of Miami, Inc., and American Coach Lines of Jacksonville, Inc., (Doc. No. 30, filed Mar. 14, 2011), is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2011.

-2-

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties