**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID XENIAS on behalf of himself and
those similarly situated,

      Plaintiff,

vs.                                                  CASE NO. 6:11-CV-170-ORL-19KRS

AMERICAN COACH LINES, INC.,
AMERICAN COACH LINES OF
ORLANDO, INC., AMERICAN COACH
LINES OF MIAMI, INC., AMERICAN
COACH LINES OF JACKSONVILLE,
INC.,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 49, filed August 25, 2011). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 49) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement and for Dismissal with Prejudice (Doc. No. 48, filed August 18, 2011) is **GRANTED IN PART.** The settlement agreement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. Counsel for Plaintiffs are **PROHIBITED** from withholding any portion of monies payable to Plaintiffs under the settlement agreement pursuant to a contingent fee agreement or otherwise. Further, counsel for Plaintiffs are **ORDERED** to provide a copy of this Order to Plaintiffs.

The Court **DECLINES** to reserve jurisdiction to enforce the settlement agreement,

and this case is **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close this file.

   **DONE AND ORDERED** at Orlando, Florida, this ___12th___ day of September, 2011.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record